*State v. Cheever*, No. 99,988 on pages 866-906 was modified by the Supreme Court on July 20, 2017, in response to defendant's motion for rehearing or modification filed August 12, 2016. The original opinion without the modification will not be published in the bound volumes of the Kansas Reports.

See modified opinion on remand, *State v. Cheever*, No. 99,988 filed July 20, 2017, in 306 Kan. 760, 402 P.3d 1126 (2017).